Michael W. Young, USB 12282
Lauren Hunt, USB 14682
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
MYoung@parsonsbehle.com
LHunt@parsonsbehle.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANE DOE 1<br><br>      Plaintiff,<br><br>v.<br><br>OGDEN CITY SCHOOL DISTRICT ,<br><br><br><br>      Defendant. | **ATTORNEY PLANNING MEETING REPORT**<br><br>Case No. 1:20-cv-00048-HCN-DAO<br><br>Judge Howard C. Nielsen, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

**1.    PRELIMINARY MATTERS**:

    a.    Describe the nature of the claims and affirmative defenses:

    b.    This case is   \_\_\_\_\_ not referred to a magistrate judge

                   _X_ referred to magistrate judge <u>Daphne A. Oberg</u>

                       _X_ under 636(b)(1)(A)

                       \_\_\_\_\_ under 636(b)(1)(B)

                \_\_\_\_\_ assigned to a magistrate judge under General Order 07-001

                and

                    \_\_\_\_ all parties consent to the assignment for all

                        proceedings or

                    \_\_\_\_ one or more parties request reassignment to a district

                        judge

  c. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on   3/24/21   (*specify date*) at   Zoom conference   (*specify location*).

   The following attended:

      Lauren Hunt   *name of attorney,* counsel for   Jane Doe 1   *name of party*

      Kyle Kaiser   *name of attorney,* counsel for   Ogden City School District   *name of party*

  d. The parties      have exchanged or   X   will exchange by   4/ 23 / 21   the initial disclosures required by Rule 26(a)(1).

  e. Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) email transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

**2.** **DISCOVERY PLAN**: The parties jointly propose to the court the following discovery plan: *Use separate paragraphs or subparagraphs as necessary **if the parties disagree.***

  a. Discovery is necessary on the following subjects: *Briefly describe the subject areas in which discovery will be needed.*

**All claims and defenses as outlined in the Complaint and Answer, including expert discovery.**

  b. Discovery Phases

   *Specify whether discovery will (i) be conducted in phases, or (ii) be limited to or focused on particular issues. If (ii), specify those issues and whether discovery will be accelerated with regard to any of them and the date(s) on which such early discovery will be completed.*

**Discovery will be held on all issues and areas in the underlying case. Except for expert discovery, the parties do not anticipate conducting discovery in phases or focused on particular issues.**

  c. Designate the discovery methods to be used and the limitations to be imposed.

   (1) *For oral exam depositions, (i) specify the maximum number for the plaintiff(s) and the defendant(s), and (ii) indicate the maximum number of hours unless extended by agreement of the parties.*

    Oral Exam Depositions

    Plaintiff(s)   10  

    Defendant(s) __10____

    Maximum number of hours per deposition __7___

  (2) *For interrogatories, requests for admissions, and requests for production of documents, specify the maximum number that will be served on any party by any other party.*

    Interrogatories __30____

    Admissions _30_____

    Requests for production of documents __30___

  (3) Other discovery methods: *Specify any other methods that will be used and any limitations to which all parties agree.*

d. Discovery of electronically stored information should be handled as follows: *Brief description of parties' agreement.*

  **All documents shall be produced in native format.**

e. The parties have agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production, as follows: *Brief description of provisions of proposed order.*

  **An amended proposed protective order is separately provided.**

f. Last day to file written discovery   10/30/21

g. Close of fact discovery   11/30/2021

h. *(optional)* Final date for supplementation of disclosures under Rule 26(a)(3) and of discovery under Rule 26(e) our requirements for supplementation are continuing

**3. AMENDMENT OF PLEADINGS AND ADDITION OF PARTIES**:

a. The cutoff dates for filing a motion to amend pleadings are: *specify date*

  Plaintiff(s) 6/1/21    Defendant(s) 6/1/21

b. The cutoff dates for filing a motion to join additional parties are: *specify date*

  Plaintiff(s) 6/1/21   Defendants(s) 6/1/21

  ***(NOTE: Establishing cutoff dates for filing motions does not relieve counsel from the requirements of Fed. R. Civ. P. 15(a))***.

**4. EXPERT REPORTS**:

a. The parties will disclose the subject matter and identity of their experts on

  (*specify dates):*

  Party(ies) bearing burden of proof 1/1/22

  Counter Disclosures 2/1/22

3

    b.      Reports from experts under Rule 26(a)(2) will be submitted on (*specify dates*):

             Party(ies) bearing burden of proof  2/15/22

             Counter Reports   3/15/22

5. **OTHER DEADLINES**:

    a.      Expert Discovery cutoff:   5/15/22

    b.      Deadline for filing dispositive[1] or potentially dispositive motions including motions to exclude experts where expert testimony is required to prove the case.   6/15/22

    c.      Deadline for filing partial or complete motions to exclude expert testimony   6/15/22

6. **ADR/SETTLEMENT**:

    *Use separate paragraphs/subparagraphs as necessary if the parties disagree.*

    a.      The potential for resolution before trial is:   ___ good   ___ fair   ___ poor

    The potential for resolution before trial is unknown at this time.

    b.      The parties intend to file a motion to participate in the Court's alternative dispute resolution program for:   settlement conference (with magistrate judge):   X   (after discovery has been completed)

             arbitration: _____   mediation: _____

    c.      The parties intend to engage in private alternative dispute resolution for:

             arbitration: _____   mediation: _____

d.      The parties will re-evaluate the case for settlement/ADR resolution on (*specify date*):

6/15/22

7. **TRIAL AND PREPARATION FOR TRIAL:**

    a.      The parties should have  14  days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3) (if different than the 14 days provided by Rule).

    b.      This case should be ready for trial by:  *specify date* 10/3/22

             *Specify type of trial*:   Jury  X    Bench_____

    c.      The estimated length of the trial is: *specify days*  7-10

---

[1] Dispositive motions, if granted, resolve a claim or defense in the case; nondispositive motions, if granted, affect the case but do not resolve a claim or defense.

5

/s/ Lauren Hunt, Michael YoungDate:  3  / 26  / 21
Signature and typed name of Plaintiff(s) Attorney

/s/ Kyle J. KaiserDate:  3 / 29  / 21
Signature and typed name of Defendant(s) Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I caused a true and correct copy of the foregoing to be filed using the Court's electronic filing system, which effectuated service of such filing upon all counsel of record.

/s/ Michael W. Young

PBL\4818-9102-9219.v1-3/31/21