KYLE J. KAISER (13924)
JASON N. DUPREE (17509)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
E-mail: kkaiser@agutah.gov

*Counsel for Defendant Ogden City School District*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>OGDEN CITY SCHOOL DISTRICT,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:20-cv-00048-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Jason N. Dupree, Assistant Utah Attorney General, hereby enters his appearance as counsel for Defendant Ogden City School District. Mr. Dupree

respectfully requests that all future pleadings, correspondence, and other material relevant to this action be directed and served to the above address.

DATED this 7th day of February, 2022.

        OFFICE OF THE UTAH ATTORNEY GENERAL

        /s/ *Jason N. Dupree*
        KYLE J. KAISER
        JASON N. DUPREE
        Assistant Utah Attorneys General
        *Counsel for Defendant Ogden City School District*