Michael W. Young, USB 12282
Lauren Hunt, USB 14682
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
MYoung@parsonsbehle.com
LHunt@parsonsbehle.com

*Attorneys for Plaintiff Jane Doe 1*

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JANE DOE 1<br><br>    Plaintiff,<br><br>vs.<br><br>OGDEN CITY SCHOOL DISTRICT,<br><br>    Defendant. | **WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT and PROPOSED THIRD AMENDED COMPLAINT [DKT 65 and 66]**<br><br>Case No. 1:20-cv-00048-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff, by and through her undersigned counsel, respectfully withdraws her Motion for

Leave to File Third Amended Complaint and Proposed Third Amended Complaint [DKT 65 and

66].

DATED this 7th day of September, 2022.

PARSONS BEHLE & LATIMER

*/s/ Michael W. Young*

Michael W. Young
Lauren Hunt
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I caused a true and correct copy of the foregoing

to be filed using the Court's electronic filing system, which effectuated service of such filing upon

all counsel of record:

> KYLE J. KAISER (13924)
> Assistant Utah Attorney General
> SEAN D. REYES (7969)
> Utah Attorney General
> 160 East 300 South, Sixth Floor
> P.O. Box 140856
> Salt Lake City, Utah 84114-0856
> Telephone: (801) 366-0100
> E-mail: kkaiser@agutah.gov

/s/ Michael W. Young

4873-3164-2929.v2